MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
STEPHANIE D. BEDKER ESQ.
Nevada Bar No. 14169
**FREEMAN MATHIS & GARY, LLP**
770 East Warm Springs Road, Suite 360
Las Vegas, NV 89119
Tel.: 725.258.7360
Fax: 833.336.2131
Michael.Edwards@fmglaw.com
Stephanie.Bedker@fmglaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES MODICO, an individual,

        Plaintiff,

vs.

SOUTHERN NEVADA HEALTH DISTRICT, a
political subdivision of the State of Nevada,

        Defendant.

Case No.: 2:23-cv-02027-RFB-MDC

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND DISCOVERY**

**(FIRST REQUEST)**

Pursuant to Local Rules IA 6-1 and 26-3, IT IS HEREBY STIPULATED AND AGREED by and among James Modico ("Plaintiff") and Southern Nevada Health District ("Defendant") that the current discovery deadlines be extended in the above referenced matter. This is the first stipulation to extend discovery deadlines.

## I.     BACKGROUND

This is an employment discrimination case. Plaintiff James Modico alleges he was subjected to discrimination based on disability in violation of the Americans with Disabilities Act and Nevada law with respect to his employment for Defendant.

Based on the foregoing, Plaintiff alleges claims for: (1) wrongful termination under the ADA; (2) retaliation under the ADA; and (3) "violation of Nevada statutory protections" under NRS 613.330.

Plaintiff filed a complaint on December 7, 2023 (ECF No. 1). Defendant filed its motion

{06694128 / 2}

to dismiss on January 23, 2024 (ECF No. 8). Plaintiff indicated that he intended to file an amended complaint. (ECF No. 16). After Plaintiff filed his First Amended Complaint, Defendant filed another Motion to Dismiss on March 8, 2024. (ECF No. 20). The Court set a hearing for June 6, 2021. (*See* Minute Order, ECF No. 24).

## II.    DISCOVERY COMPLETED TO DATE

On February 8, 2024, SNHD produced its initial disclosures. Plaintiff produced his initial disclosures on March 29, 2024.

On May 3, 2024, SNHD notice a deposition for Dr. Agapito Racoma to occur on June 10, 2024. Plaintiff produced a supplemental disclosure on May 8, 2024, which included a medical authorization for release of records from Veterans Affairs. On May 10, 2024, SNDH issued a subpoena for records upon the Department of Veterans Affairs, Southern Nevada Healthcare System for Plaintiff's health and medical records. SNHD awaits receipt of such medical records.

## III.   DISCOVERY THAT REMAINS TO BE COMPLETED

The parties will supplement their FRCP 16.1 disclosures as necessary and appropriate, as additional information and documentation are made available in the course of discovery. Specifically, the parties intend to obtain and produce Plaintiff's medical records and any evidence related to injuries or damages.

Prior to disclosing expert reports, the parties anticipate that several depositions will be taken, including, but not limited to, Plaintiff, his medical provider(s), and percipient witnesses of Defendant related to the underlying allegations, as well as any Rule 30(b)(6) witnesses on behalf of Defendant.

The parties need to designate initial experts and exchange reports after depositions are taken. The parties will then need to conduct the depositions of each other's experts. The parties intend to serve written discovery requests on each other as needed.

## IV.   REASONS FOR NOT COMPLETING DISCOVERY

Defendant has requested and Plaintiff has acceded to this extension to allow written

discovery and depositions to take place prior to the initial expert disclosure deadline. This discovery extension is requested based on delays associated with present procedural uncertainty and the need for discovery prior to initial expert designations and reports. A substantive motion to dismiss has been filed by Defendant, and an order of this Court with respect to the same will not occur prior to the current deadline for initial expert disclosures. Moreover, the Early Neutral Evaluation in this case was unusually late, as it did not occur until May 10, 2024 which could result in settlement, but the parties were ultimately unable to reach a resolution.

The parties are working to complete discovery within the time period set forth in the initial scheduling order, and this is the first request for extension of discovery deadlines. However, good cause exists to extend the deadlines. The parties agree that the current discovery deadlines provide insufficient time to complete the remaining discovery and would impose undue time and economic burdens on all parties, particularly given the imminent initial expert disclosure deadline. For example, under the current deadlines, initial expert disclosures would need to be made before the parties are aware of which claims, if any, will be proceeding herein, and before Defendant will have filed an answer the First Amended Complaint. Such disclosures would need to be served before all party depositions have been completed, which would result in unnecessary supplemental reports, increasing costs to the parties to obtain rush or rough draft deposition transcripts for their experts to review. The initial expert deadline needs to be extended to allow the parties the opportunity to know which experts are even necessary, after which time, the experts will need time to review documents in the preparation of their reports and to render their opinions after receiving the remaining discovery. Accordingly, additional time is needed to conduct the requisite discovery, investigation, and preparation to ensure that his matter is properly adjudicated on the merits.

**V.    PROPOSED MODICATION**

Based on the foregoing, the parties jointly see a modification of the current deadlines as follows:

/ / /

1.  Current Deadlines:

       Amend the pleading and add parties    April 23, 2024 (Passed)

       Initial expert disclosures    May 23, 2024

       Rebuttal expert disclosures    June 24, 2024

       Discovery cut-off date    July 22, 2024

       Dispositive motions    August 21, 2024

       Proposed joint pretrial order    September 20, 2024

2.  Proposed Deadlines:

       Initial expert disclosures    July 22, 2024

       Rebuttal expert disclosures    August 23, 2024

       Fact discovery cut-off date    September 20, 2024

       Dispositive motions    October 21, 2024[1]

       Proposed joint pretrial order    November 19, 2024

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

 / / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Deadline falls on Sunday, October 20, 2024

This request is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 16th day of May 2024

HATFIELD & ASSOCIATES, LTD.

*/s/Trevor J. Hatfield*
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, NV 89101
*Attorney for Plaintiff*
*James Modico*

DATED this 16th day of May 2024

FREEMAN MATHIS & GARY LLP

*/s/ Michael M. Edwards*
Michael Edwards, Esq.
Nevada Bar No. 6281
Stephanie D. Bedker, Esq.
Nevada Bar No. 14169
770 E. Warm Springs Rd. Suite 360
Las Vegas, NV 89119
*Attorneys for Defendant*
*Southern Nevada Health District*

**ORDER**

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: 5/17/2024