TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES MODICO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of the State of Nevada;<br><br>Defendant. | CASE NO: 2:23-cv-02027-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #40)**<br>**(First Request)** |

COMES NOW, Plaintiff JAMES MODICO (hereinafter, "Plaintiff"), by and through his counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant SOUTHERN NEVADA HEALTH DISTRICT (hereinafter "Defendant"), by and through its counsel, Stephanie Bedker, Esq., of the law firm of Freeman Mathis & Gary, LLP, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #40), due on February 18, 2025, to March 17, 2025. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment. Defendant shall have a reciprocal extension for the filing of a Reply.

Good cause exists for this extension. Plaintiff's counsel is working with Plaintiff to prepare an opposition to Defendant's motion for summary judgment but has not been able to fully complete a response, as Plaintiff's Counsel is preparing for trial in Department XXIV from February 24, 2025,

1

1  to February 28, 2025, and which is likely to extend into the next week of March and even possibly

2  the second week of March.

3      Defendant has courteously agreed to this extension of time for Plaintiff to file his Response.

4

5  Accordingly, Plaintiff shall have up to and including March 17, 2025, to respond to Defendant's

6  Motion for Summary Judgment (ECF #40). Consistent with this extension, Defendant's reply to

7  Plaintiff's response shall be due April 14, 2025.

8  **IT IS SO STIPULATED.**

9

10  Dated:  February 20, 2025                      Dated:  February 20, 2025

11  **HATFIELD & ASSOCIATES**            **FREEMAN MATHIS & GARY, LLP**

12     */s/ Trevor J. Hatfield*                         /s/ *Stephanie Bedker*
    By:_____      By:_____
13     TREVOR J. HATFIELD, ESQ. (SBN 7373)      Stephanie Bedker, Esq. (SBN 14169)
       703 S. Eighth Street                          Michael M. Edwards, Esq. (SBN 6281)
14     Las Vegas, Nevada 89101                 770 E. Warm Springs Road, Suite 360
       Tel:  (702) 388-4469                      Las Vegas, Nevada 89119
15     Email: thatfield@hatfieldlawassociates.com   Tel:  (702) 258-7331)
       *Attorney for Plaintiff*                      Email:  Stephanie.Bedker@fmglaw.com
16                                              *Attorneys for Defendant*

17

18

19

20                            **ORDER**

21  **IT IS SO ORDERED:**

22                            DATED this 21st day of February, 2025.

23

24                            _____
                               RICHARD F. BOULWARE, II
25                            UNITED STATES DISTRICT JUDGE

26

27

28

2