MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
STEPHANIE D. BEDKER ESQ.
Nevada Bar No. 14169
**FREEMAN MATHIS & GARY, LLP**
770 East Warm Springs Road, Suite 360
Las Vegas, NV 89119
Tel.: 725.258.7360
Fax: 833.336.2131
Michael.Edwards@fmglaw.com
Stephanie.Bedker@fmglaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MODICO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of the State of Nevada, <br><br> Defendant. | Case No.: 2:23-cv-02027-RFB-MDC <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff JAMES MODICO ("Plaintiff"), by and through his counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant SOUTHERN NEVADA HEALTH DISTRICT ("Defendant"), by and through its counsel, Stephanie Bedker, Esq., of the law firm of Freeman Mathis & Gary, LLP, do hereby stipulate and agree that all claims that were asserted in this action by Plaintiff, and each and every cause of action alleged in this action, shall be dismissed with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

prejudice, with each party to bear their own attorney's fees and costs incurred herein.

**IT IS SO STIPULATED.**

Dated this 22nd day of April, 2025.       Dated this 23rd day of April, 2025.

HATFIELD & ASSOCIATES                     FREEMAN MATHIS & GARY LLP


 /s/ Trevor J. Hatfield                    /s/ Stephanie D. Bedker
TREVOR J. HATFIELD, ESQ.                  MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 7373                       Nevada Bar No. 6281
703 S. Eighth Street                      STEPHANIE D. BEDKER, ESQ.
Las Vegas, Nevada 89101                   Nevada Bar No. 14169
*Attorney for Plaintiff*                  770 E. Warm Springs Rd. Suite 360
                                          Las Vegas, Nevada 89119
                                          *Attorneys for Defendant*


**<u>ORDER</u>**

**IT IS SO ORDERED.**

DATED this 24th day of March, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE